Case 2:16-cr-00242-AM   Document 45 *SEALED*   Filed 05/15/19   Page 1 of 3
Case 6:20-mj-00020-BU   Document 1   Filed 05/19/20   Page 1 of 10   PageID 1
PROB 12C
(7/93)

UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
MAY 1 5 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Luis Alberto Quisma, Jr.                               Case Number:  DR-16-CR-0242(01)
Name of Sentencing Judicial Officer:  Honorable Alia Moses, United States District Judge
Date of Original Sentence:  October 13, 2016
Original Offense:  Conspiracy to Transport Illegal Aliens, 8 U.S.C. § 1324
Original Sentence: 35 months imprisonment with 3 years supervised release.
Type of Supervision:  Supervised Release          Date Supervision Commenced:  October 4, 2018
Assistant U.S. Attorney:  Matthew Harry Watters   Defense Attorney:  Alberto M. Ramon (Appointed)

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**<br><br>On May 10, 2019, the defendant committed the offense of Assault Family/House Member Impede Breath/Circulation (Texas Penal Code 22.01(b)(2)(B), Third Degree Felony) and Interfere with Emergency Request for Assistance (Texas Penal Code 42.062, Class A Misdemeanor), in Reagan County, Texas. The Reagan County Sheriff's Office responded to a call reporting an assault on a female. At the scene, the victim informed the deputies that she and the defendant were drinking alcohol. The defendant became upset and they began to argue. Once at the residence, the defendant began to strike the victim with a closed fist on her face. The victim attempted to run away, when the defendant grabbed her by the neck with both hands. The victim stated the defendsant choked her for approximately two to three minutes, not allowing her to breathe. The victim stated she felt that she was going to die and felt that the defendant was going to kill her. The defendant finally released the victim, and he proceeded to drag the victim across the ground by her hair. The victim was able to get away from the |

Case 2:16-cr-00242-AM   Document 45 *SEALED*   Filed 05/15/19   Page 2 of 3
Case 6:20-mj-00020-BU   Document 1   Filed 05/19/20   Page 2 of 10   PageID 2

Luis Alberto Quisma, Jr.
Petition for Warrant or Summons
Page 2

defendant and instructed her 7-year-old son to give her the cell phone. The defendant took the victim's cell phone as she was attempting to call 9-1-1. The defendant ran to the victim's vehicle and left the area with the victim's cell phone and purse. Felony and misdemeanor warrants were issued against the defendant, along with protective orders for the victim and her son. At the filing of this report, the defendant remained at large, and the warrants remain active.

2.  **Standard Condition No. 9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

    On May 10, 2019, the defendant committed the offense of Assault Family/House Member Impede Breath/Circulation (Texas Penal Code 22.01(b)(2)(B), Third Degree Felony) and Interfere with Emergency Request for Assistance (Texas Penal Code 42.062, Class A Misdemeanor), in Reagan County, Texas. The victim informed the Reagan County Sheriff's office that she and the defendant were currently on federal supervision. The victim is identified as Feliciana R. Gonzalez (D.O.B. 10/21/1976) who has two federal convictions and is currently under a term of supervision under Docket No. DR-14-CR-0718(01). The defendant has never reported to the probation officer being in a relationship with Ms. Gonzalez, and he has not been granted permission to associate Ms. Gonzalez.

3.  **Special Condition: The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.**

    On May 10, 2019, the defendant committed the offense of Assault Family/House Member Impede Breath/Circulation (Texas Penal Code 22.01(b)(2)(B), Third Degree Felony) and Interfere with Emergency Request for Assistance (Texas Penal Code 42.062, Class A Misdemeanor), in Reagan County, Texas. The victim reports that she and the defendant consumed alcohol together prior to the offense.

U.S. Probation Officer Recommendation: On October 4, 2018, the defendant commenced his term of supervised release. At that time, conditions of supervised release, as ordered by the Judgment, were read and explained to him. Based on his recent criminal behavior, association with a convicted felon, and the use of alcohol, it is respectfully recommended a warrant be issued for the defendant and his term of supervised release be revoked.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Luis Alberto Quisma, Jr.
Petition for Warrant or Summons
Page 3

Approved:

_____
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Humberto Herrera, Jr.
U.S. Probation Officer,
Date:   May 13, 2019
Telephone #: 830-703-2089, ext. 26363

Approved:

_____
Matthew Watters
Assistant U.S. Attorney

cc:   Victor Calderon
      Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

- ☐ No action.
- ☑ The issuance of a WARRANT.   Bond is set in the amount of $ Detain cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- ☐ The issuance of a SUMMONS.
- ☐ Other _____

_____
Honorable Alia Moses
U.S. District Judge

5-15-19
_____
Date

CLOSED,FUGITIVE

# U.S. District Court [LIVE]
## Western District of Texas (Del Rio)
## CRIMINAL DOCKET FOR CASE #: 2:16-cr-00242-AM-1

# Internal Use Only

Case title: USA v. Quisma                                  Date Filed: 03/02/2016
Magistrate judge case number: 2:16-mj-01223-VRG

Assigned to: Judge Alia Moses

**Defendant (1)**

**Luis Alberto Quisma, Jr.**                represented by  **Alberto M. Ramon**
                                                            Law Office of Alberto M. Ramon
                                                            2500 El Indio Highway
                                                            Eagle Pass, TX 78852
                                                            (830) 773-7667
                                                            Fax: (830)773-1336
                                                            Email: betoramon39@yahoo.com
                                                            *TERMINATED: 10/21/2016*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: CJA Appointment*

                                                            **John P. Calhoun**
                                                            Asst. Federal Public Defender
                                                            700 E. San Antonio D-401
                                                            El Paso, TX 79901
                                                            915-534-6525
                                                            Email: John_Calhoun@fd.org
                                                            *TERMINATED: 02/09/2016*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or
                                                            Community Defender Appointment*

**Pending Counts**                                         **Disposition**
8:1324.F BRINGING IN AND                                   Sentenced to 36 months imprisonment,
HARBORING ALIENS - 8                                       to run consecutive to State Cases;
U.S.C.§1324(a)(1)(A)(v)(I)&(B)(i)                          Credit for time served since 2-5-16; 3
Conspiracy to Transport Illegal Aliens                     years supervised release; $1,000 Fine;
(1)                                                        $100 Special Assessment

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 8:1324.F BRINGING IN AND HARBORING ALIENS - 8 U.S.C.§1324(a)(1)(A)(v)(I)&(B)(i) Conspiracy to Harbor Illegal Aliens (2) | Dismissed on Motion by the Government |
| 8:1324.F BRINGING IN AND HARBORING ALIENS - 8 U.S.C.§1324(a)(1)(A)(iii)&(B)(i) Harboring Illegal Aliens (3-5) | Dismissed on Motion by the Government |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 8 USC 1324 Bringing In and Harboring Aliens | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jody-Ann Gilzene**<br>US Attorney's Office<br>111 E. Broadway<br>Del Rio, TX 78840<br>(830) 703-2025<br>Email: jody.gilzene@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Harry Watters**<br>US Attorney's Office<br>111 E. Broadway, Suite 300<br>Del Rio, TX 78840<br>(830) 703-2025<br>Email: Matthew.Watters@usdoj.gov<br>*TERMINATED: 11/22/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2020 | 47 | (Court only) ***Previously filed SEALED Case Documents scanned for |

|            |    |                                                                                                                                                                                                                                                                               |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | purposes of record keeping as to Luis Alberto Quisma, Jr (bot2) (Entered: 02/03/2020)                                                                                                                                                                                         |
| 05/15/2019 | 46 | *SEALED* Arrest Warrant Issued by Judge Alia Moses as to Luis Alberto Quisma, Jr. (jaw) (Entered: 05/15/2019)                                                                                                                                                                 |
| 05/15/2019 |    | *SEALED* 45 ORDER FOR ISSUANCE OF Arrest Warrant as to Luis Alberto Quisma, Jr. Signed by Judge Alia Moses. (jaw) (Entered: 05/15/2019)                                                                                                                                       |
| 05/15/2019 | 45 | *SEALED* Probation Form 12 to revoke supervised release as to Luis Alberto Quisma Jr. (1) Count 1 Signed by Judge Alia Moses (jaw) (Entered: 05/15/2019)                                                                                                                      |
| 10/21/2016 | 43 | Sealed Statement of Reasons as to Luis Alberto Quisma, Jr (SOR documents are not available electronically.) (je) (Entered: 10/21/2016)                                                                                                                                        |
| 10/21/2016 | 42 | JUDGMENT AND COMMITMENT as to Luis Alberto Quisma, Jr. Signed by Judge Alia Moses. (je) (Entered: 10/21/2016)                                                                                                                                                                 |
| 10/13/2016 | 41 | Proceedings held before Judge Alia Moses:Sentencing held on 10/13/2016 for Luis Alberto Quisma, Jr. (1), Count(s) 1 (Court Reporter Vickie Lee Garza.) (je) (Entered: 10/13/2016)                                                                                              |
| 10/11/2016 | 40 | SEALED SUPPLEMENTAL ATTACHMENT re 37 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Luis Alberto Quisma, Jr by Officer Arreola, Gloria. (Document available to court only) (Gridley, V.) (Entered: 10/11/2016)                                                           |
| 09/19/2016 | 39 | ORDER RESETTING Sentencing as to Luis Alberto Quisma, Jr Sentencing RESET for 10/13/2016 11:20 AM before Judge Alia Moses. Signed by Judge Alia Moses. (je) (Entered: 09/19/2016)                                                                                              |
| 09/08/2016 | 38 | REVISED PRESENTENCE REPORT AND ADDENDUM REPORT as to Luis Alberto Quisma, Jr by Officer Arreola, Gloria. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 (Gridley, V.) (Entered: 09/08/2016) |
| 09/08/2016 | 37 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Luis Alberto Quisma, Jr by Officer Arreola, Gloria. (Document available to court only) (Attachments: # (1-3)(Gridley, V.) (Entered: 09/08/2016)                                                                           |
| 08/30/2016 | 36 | ORDER OF DISMISSAL Returned Executed for Material Witnesses JORGE RAUL DORATT-PINEDA, LUIS ENRIQUE RUANO-FAJARDO in case as to Luis Alberto Quisma, Jr (je) (Entered: 08/30/2016)                                                                                             |
| 08/29/2016 | 35 | ORDER OF DISMISSAL for Material Witnesses Jorge Raul Doratt-Pineda and Luis Enrique Ruano-Fajardo in case as to Luis Alberto Quisma, Jr. Material Witnesses Jorge Raul Doratt-Pineda and Luis Enrique Ruano-Fajardo terminated.. Signed by Judge Alia Moses. (je) (Entered: 08/29/2016) |
| 08/22/2016 | 34 | INITIAL DISCLOSURE OF PRESENTENCE REPORT as to Luis Alberto Quisma, Jr by Officer Arreola, Gloria. Objections to the PSR must be                                                                                                                                              |

|            |    |                                                                                                                                                                                                                                                                                                                                                                  |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 (Gridley, V.) (Entered: 08/22/2016)                                                                                                              |
| 07/01/2016 | 33 | ORDER FOR DISMISSAL Returned Executed for Material Witness MARIA LUCINDA CALDERON-RIVERA in case as to Luis Alberto Quisma, Jr (je) (Entered: 07/01/2016)                                                                                                                                                                                                         |
| 06/29/2016 | 32 | ORDER OF DISMISSAL for Material Witness Maria Lucinda Calderon-Rivera in case as to Luis Alberto Quisma, Jr. Material Witness Maria Lucinda Calderon-Rivera terminated. Signed by Judge Alia Moses. (je) (Entered: 06/29/2016)                                                                                                                                    |
| 05/04/2016 | 31 | ORDER Setting Sentencing as to Luis Alberto Quisma, Jr Sentencing set for 10/13/2016 09:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (je) (Entered: 05/05/2016)                                                                                                                                                                                     |
| 05/04/2016 | 30 | FAST-TRACK PLEA AGREEMENT as to Luis Alberto Quisma, Jr (Plea agreement documents are not available electronically.) Factual Basis included within the plea agreement. (je) (Entered: 05/05/2016)                                                                                                                                                                 |
| 05/04/2016 | 29 | Minute Entry for proceedings held before Judge Alia Moses:Rearraignment held on 5/4/2016 ; Defendant Informed of Rights. Plea of guilty entered as to Luis Alberto Quisma Jr. (1) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.), Guilty Plea Accepted by Court as to Luis Alberto Quisma Jr. (1) Count 1. Fast Track Plea Agreement; Factual Basis included within the plea agreement; Admonished for Restitution. (Court Reporter Vickie Lee Garza.) (je) (Entered: 05/05/2016) |
| 04/07/2016 | 28 | ORDER as to Luis Alberto Quisma, Jr, (Rearraignment/Plea set for 5/4/2016 01:30 PM before Judge Alia Moses). Signed by Judge Alia Moses. (je) (Entered: 04/07/2016)                                                                                                                                                                                               |
| 04/05/2016 | 27 | MATERIAL WITNESS STIPULATION for Material Witnesses Maria Lucinda Calderon-Rivera, Jorge Raul Doratt-Pineda, and Luis Enrique Ruano-Fajardo in case as to Luis Alberto Quisma, Jr (je) (Entered: 04/05/2016)                                                                                                                                                      |
| 03/29/2016 | 26 | ORDER as to Luis Alberto Quisma, Jr. Signed by Judge Alia Moses. (je) (Entered: 03/30/2016)                                                                                                                                                                                                                                                                       |
| 03/15/2016 | 25 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty and Waiver of Minimum Time to Trial by Luis Alberto Quisma, Jr Signed by Judge Victor R. Garcia. (je) (Entered: 03/15/2016)                                                                                                                                                          |
| 03/08/2016 | 24 | SCHEDULING ORDER as to Luis Alberto Quisma, Jr Plea Agreement due by 4/11/2016. Docket Call/Rearraignment set for 4/12/2016 09:00 AM, Jury Selection and Jury Trial set for 5/17/2016 09:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (je) (Entered: 03/08/2016)                                                                                    |
| 03/03/2016 | 23 | Order Concerning Courtroom Decorum and Trial Procedures as to Luis Alberto Quisma, Jr. Signed by Judge Alia Moses. (je) (Entered: 03/03/2016)                                                                                                                                                                                                                     |

| | | |
|---|---|---|
| 03/03/2016 | 22 | General Order Concerning Discovery & Pre-Trial Motions as to Luis Alberto Quisma, Jr. Signed by Judge Alia Moses. (je) (Entered: 03/03/2016) |
| 03/03/2016 | 21 | NOTICE OF HEARING as to Luis Alberto Quisma, Jr Arraignment set for 3/17/2016 09:00 AM before Judge Victor R. Garcia (je) (Entered: 03/03/2016) |
| 03/02/2016 | 44 | *SEALED* UNREDACTED INDICTMENT: In Compliance with the E-Government Act, this document should remain SEALED and not made available to the public as to Luis Alberto Quisma, Jr. (ls) (Entered: 06/26/2017) |
| 03/02/2016 | 20 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Luis Alberto Quisma, Jr (1) count(s) 1, 2, 3-5. (je) (Entered: 03/03/2016) |
| 02/18/2016 | 19 | REDACTED UNSECURED Bond Filed for Material Witness JORGE RAUL DORATT-PINEDA in case as to Luis Alberto Quisma, Jr in amount of $ 5,000. Receipt # N/A. Original unredacted placed in vault (vs) [2:16-mj-01223-VRG] (Entered: 02/18/2016) |
| 02/18/2016 | 18 | Minute Entry for proceedings held before Judge Collis White:Bond Release Hearing for Material Witness JORGE RAUL DORATT-PINEDA in case as to Luis Alberto Quisma, Jr held on 2/18/2016 (Minute entry documents are not available electronically.) (Court Reporter FTR GOLD-V.SOBREVILLA.)(vs) [2:16-mj-01223-VRG] (Entered: 02/18/2016) |
| 02/11/2016 | 17 | Order Appointing Counsel for Material Witness MARIA LUCINDA CALDERON-RIVERA in case as to Luis Alberto Quisma, Jr; Appointment of Attorney Jesse R. Coronado for Maria Lucinda Calderon-Rivera.. Signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 16 | Order Appointing Counsel for Material Witness LUIS ENRIQUE RUANO-FAJARDO in case as to Luis Alberto Quisma, Jr; Appointment of Attorney Jesse R. Coronado for Luis Enrique Ruano-Fajardo.. Signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 15 | Order Appointing Counsel for Material Witness JORGE RAUL DORATT-PINEDA in case as to Luis Alberto Quisma, Jr; Appointment of Attorney Jesse R. Coronado for Jorge Raul Doratt-Pineda.. Signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 14 | ORDER SETTING VIDEO DEPOSITION for Material Witness MARIA LUCINDA CALDERON-RIVERA in case as to Luis Alberto Quisma, Jr. for April 6, 2016 at 1:30 p.m.signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 13 | ORDER SETTING VIDEO DEPOSITION for Material Witness LUIS ENRIQUE RUANO-FAJARDO in case as to Luis Alberto Quisma, Jr. for April 6, 2016 at 1:30 p.m. signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 12 | ORDER SETTING VIDEO DEPOSITION for Material Witness JORGE |

| | | |
|---|---|---|
| | | RAUL DORATT-PINEDA in case as to Luis Alberto Quisma, Jr. for April 6, 2016 at 1:30 p.m. signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 11 | AFFIDAVIT for Material Witness JORGE RAUL DORATT-PINEDA, LUIS ENRIQUE RUANO-FAJARDO and MARIA LUCINDA CALDERON-RIVERA in case as to Luis Alberto Quisma, Jr.; Oral Bond Set by Court $5,000 unsecured with one cosigner for each material witness; Material Witness Attorney: Jesse R. Coronado; Video Depositions Set: April 6, 2016 at 1:30 p.m. signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/11/2016 | 10 | Minute Entry for proceedings held before Judge Victor R. Garcia:Initial Appearance for Material Witness JORGE RAUL DORATT-PINEDA, LUIS ENRIQUE RUANO-FAJARDO and MARIA LUCINDA CALDERON-RIVERA in case as to Luis Alberto Quisma, Jr held on 2/11/2016 SPANISH Language Interpreter required, (Minute entry documents are not available electronically.) (Court Reporter FTR-Gold C. Levrie.)(ccl) [2:16-mj-01223-VRG] (Entered: 02/11/2016) |
| 02/10/2016 | 9 | ORDER OF DETENTION: Bond set to NO BOND as to Luis Alberto Quisma, Jr. Signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/10/2016) |
| 02/10/2016 | 8 | WAIVER of Preliminary Hearing and Detention Hearing by Luis Alberto Quisma, Jr (ccl) [2:16-mj-01223-VRG] (Entered: 02/10/2016) |
| 02/09/2016 | | Attorney John P. Calhoun terminated as to Luis Alberto Quisma, Jr. (vs) [2:16-mj-01223-VRG] (Entered: 02/10/2016) |
| 02/09/2016 | 7 | ORDER APPOINTING COUNSEL as to Luis Alberto Quisma, Jr Alberto M. Ramon for Luis Alberto Quisma, Jr appointed.. Signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/09/2016) |
| 02/09/2016 | 6 | Sealed Order. Signed by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/09/2016) |
| 02/08/2016 | 5 | SEALED MOTION filed (Calhoun, John) [2:16-mj-01223-VRG] (Entered: 02/08/2016) |
| 02/08/2016 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER John P. Calhounfor Luis Alberto Quisma, Jr appointed.. Signed by Judge Victor R. Garcia. (vs) [2:16-mj-01223-VRG] (Entered: 02/08/2016) |
| 02/08/2016 | | ORAL ORDER GRANTING ORAL Motion to Continue as to Luis Alberto Quisma Jr. (1); GRANTING ORAL Motion to Detain Defendant without Bond as to Luis Alberto Quisma Jr. (1)by Judge Victor R. Garcia. (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016) |
| 02/08/2016 | | ORAL MOTION to Continue, ORAL MOTION to Detain Defendant without Bond by USA as to Luis Alberto Quisma, Jr. (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016) |
| 02/08/2016 | 3 | Minute Entry for proceedings held before Judge Victor R. Garcia:Initial |

|            |   |                                                                                                                                                                                                                                                                                                                                 |
|------------|---|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | Appearance as to Luis Alberto Quisma, Jr held on 2/8/2016. Court appoints FPD. (Minute entry documents are not available electronically.) Detention Hearing AND Preliminary Hearing set for 2/11/2016 09:00 AM before Judge Victor R. Garcia, (Court Reporter FTR-Gold C. Levrie.) (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016) |
| 02/08/2016 |   | Arrest Warrant Returned Executed on 2/5/2016 as to Luis Alberto Quisma, Jr. (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016)                                                                                                                                                                                                      |
| 02/08/2016 | 2 | Arrest Warrant Issued by Judge Victor R. Garcia as to Luis Alberto Quisma, Jr. (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016)                                                                                                                                                                                                   |
| 02/08/2016 | 1 | COMPLAINT Signed by Judge Victor R. Garcia as to Luis Alberto Quisma, Jr. (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016)                                                                                                                                                                                                        |
| 02/05/2016 |   | Arrest of Luis Alberto Quisma, Jr (ccl) [2:16-mj-01223-VRG] (Entered: 02/08/2016)                                                                                                                                                                                                                                                |